## Bernard H. Miller, Plaintiff-Appellee, v. William G. Vannier, Defendant-Appellant.

Gen. No. 48,101.

First District, Second Division.

December 20, 1960.

William Parker Ward, of Chicago, for appellant; Edward J. Fleming and O. William Olson, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.